## IN THE MATTER OF JOSEPH J. SEAMAN, AN ATTORNEY AT LAW.

Argued December 21, 1971—Decided January 24, 1972.

*Mr. Martin A. Spritzer* appeared on behalf of the Middlesex County Ethics Committee, for the order.

*Mr. Walter D. Van Riper* appeared for the respondent.

PER CURIAM. Respondent stands convicted of misconduct in office, extortion and conspiracy to commit each of these crimes. He has been sentenced to State Prison for a term of 1–3 years and fined $5,000. The precise nature of the criminal activity is set forth in full detail in 114 *N. J. Super.* 19 (App. Div. 1971).

The circumstances of the case permit of no appropriate discipline short of disbarment.

The order of the Court is that the name of the respondent be stricken from the roll of attorneys.

*For disbarment*: Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*Opposed*: None.